EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2011 TSPR 124 |
| Medidas Judiciales para atender emergencias causadas por la tormenta tropical Irene | 182 DPR ____ |

Número del Caso: EM-2011-08

Fecha: 24 de agosto de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por la tormenta tropical
Irene                              EM-2011-8

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de agosto de 2011.

Conforme a la información recibida de las autoridades pertinentes, y ante las fuertes lluvias y las inundaciones provocadas por el paso de la tormenta tropical Irene por Puerto Rico, se decretó la suspensión de los trabajos en la Rama Judicial y el cierre de las Secretarías y de los Tribunales durante todo el día 24 de agosto de 2011, con cargo a la licencia por desastre natural.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el día de hoy, 24 de agosto de 2011, como si fuera un día feriado.

Cualquier término a vencer ese día se extenderá hasta el próximo día laborable, 25 de agosto de 2011.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo